ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184476
Special Assistant United States Attorney
     Social Security Administration
     333 Market St., Suite 1500
     San Francisco, CA  94105
     Telephone:  (415) 977-8962
     Facsimile:  (415) 744-0134
     Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEN D. CRITES,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.  CV 99-12201 JC<br><br>[PROPOSED]<br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.


DATED:    July 27, 2011

                                                   */s/*
                        HONORABLE JACQUELINE CHOOLJIAN
                        UNITED STATES MAGISTRATE JUDGE